IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANA FEDOR, AND ALL OTHERS
SIMILARLY SITUATED,

      Plaintiff,

v.                                 CV 17-13 MV/KBM

UNITED HEALTHCARE, INC., and
UNITED HEALTHCARE SERVICES, INC.,

      Defendants.

## JUDGMENT

The Court, having by separate Memorandum Opinion and Order entered contemporaneously with this Judgment, granted Defendants' Motion to Dismiss, Strike Class and Collective Action Claims, and Compel Arbitration, or, in the Alternative, Stay Proceedings [Doc. 16], now enters judgment.

**IT IS HEREBY ORDERED** that this action is **DISMISSED**.

DATED this 18th day of March, 2019.

_____
MARTHA VAZQUEZ
United States District Judge