IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANA FEDOR, AND ALL OTHERS
SIMILARLY SITUATED,

      Plaintiff,

v.                                               CV 17-13 MV/SCY

UNITED HEALTHCARE, INC., and
UNITED HEALTHCARE SERVICES, INC.,

      Defendants.

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Motion to Dismiss with Prejudice [Doc. 134]. The Court finds that the Motion is well-taken and should be granted.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned numbered cause be, and hereby is, **dismissed with prejudice** to refiling in any form, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear their own costs.

                                            _____
                                            **MARTHA VÁZQUEZ**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**